# UNITED STATES DISTRICT COURT
## Northern District of Texas
### Dallas Division

| | | |
|---|---|---|
| Michael Barack, on behalf of himself and all others similarly situated | § § § | |
| Plaintiff, | § | CA No.: 3:24-cv-264-B |
| v. | § § | |
| | § | Class Action Complaint |
| MTX Realty, LLC and James Baker | § | Jury Demanded |
| | § | |
| Defendants. | § | |

**JOINT STIPULATION OF DISMISSAL**

Plaintiff, Michael Barack ("Barack") and Defendants, MTX Realty, LLC and James Baker (together, "Defendants") pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the dismissal of all of Plaintiff's individual claims against Defendants in the above-captioned matter **with prejudice**, and to the dismissal of all the class claims without prejudice. The case has not been certified as a class action, and this *Stipulation of Dismissal* disposes of the entire action. Each party shall bear its own costs and fees incurred in this action.

Respectfully submitted:

By: _ /s/ Chris R. Miltenberger_
    Chris R. Miltenberger
    Texas State Bar Number 14171200

**The Law Office of Chris R. Miltenberger, PLLC**
1360 N. White Chapel, Suite 200
Southlake, Texas 76092
817-416-5060 (office)
817-416-5062 (fax)
chris@crmlawpractice.com

**Attorney for Plaintiff**


-and-

J. Scott Dilbeck
State Bar No. 24091123
sdilbeck@vicehenleylaw.com
Vice Henley & Dilbeck, PLLC
5368 SH 276
Royse City, TX 75189

**Attorney for Defendants**

## Certificate of Service

      I certify that I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record, who have consented in writing to accept this "Notice" as service of this document by electronic means.

By:    */s/ Chris R. Miltenberger*
          Chris R. Miltenberger